**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

OFFICIAL BUSINESS



FILED
CLERK, U.S. DISTRICT COURT

OCT 22 2020

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

20AD 758 PSG

PSG

-R-T-S-   900672205-1N         10/01/20

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER



RECEIVED
CLERK U.S. DISTRICT COURT
OCT - 6 2020
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

NEOPOST
09/23/2020
US POSTAGE $001.
FIRST-CLASS
ZIP 90
041M114

Case: 2:20ad758  Doc: 1

Michael J Avenatti
Avenatti LLP
10000 Santa Monica Boulevard
Los Angeles, CA 90067

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<30585676@cacd.uscourts.gov>Subject:Activity in Case 2:20-ad-00758-PSG Avenatti Order to Show Cause -- attorney discipline Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 9/23/2020 at 1:05 PM PDT and filed on 9/23/2020

| | |
|---|---|
| **Case Name:** | Avenatti |
| **Case Number:** | 2:20-ad-00758-PSG |
| **Filer:** | |
| **Document Number:** | 1 |

**Docket Text:**
ORDER TO SHOW CAUSE by Judge Philip S. Gutierrez. ORDER a response to this Order to Show Cause shall be submitted within 30 days of this order as outlined in this order. FURTHER ORDERED if the attorney fails to respond within the time specified an order of suspension shall issue. Response to Order to Show Cause due by 10/23/2020.(jcw)

**2:20-ad-00758-PSG Notice has been electronically mailed to:**
**2:20-ad-00758-PSG Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
Michael J Avenatti
Avenatti LLP
10000 Santa Monica Boulevard
Los Angeles CA 90067